

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2022

No. 04-21-00273-CR

The **STATE** of Texas,
Appellant

v.

Marco Antonio **GLORIA**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-02-07982-MCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Sitting:    Beth Watkins, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

On June 9, 2021, the State filed a notice of appeal from an order granting a mistrial. The trial court ordered a mistrial following the jury's declaration that it was unable to reach a verdict. The notice of appeal indicated the State sought to appeal pursuant to articles 44.01(a)(2) and (3) of the Texas Code of Criminal Procedure, which authorize an appeal by the State of an order that arrests or modifies a judgment or grants a new trial. TEX. CODE CRIM. PROC. ANN. art. 44.01(a)(2), (3). A question has arisen about our jurisdiction to hear the State's appeal. We **ORDER** the State to show cause in writing **by May 31, 2022** why this appeal should not be dismissed for lack of jurisdiction. Once the State files its response, appellee may respond to it within fourteen days. We withdraw the existing submission date. A new submission date with be forthcoming.

FILE COPY

It is so **ORDERED** on May 16, 2022.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT

